

RECEIVED
IN MONROE, LA

MAR 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JERMAINE M. JOHNSON | CIVIL NO. 05-1564 SECTION P |
| VS. | JUDGE JAMES |
| JOHN D. CRIGLER, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous; for failing to state a claim on which relief may be granted; and for seeking relief against defendants who are immune from suit, all as proscribed by the provisions of 28 U.S.C.1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 27 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE